E-Filed – **JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 12-4694-GHK(FFMx) | Date | MARCH 5, 2013 |
| Title | GARY JOSEPH vs. JPMORGAN CHASE BANK, NA, et al. | | |

**Presiding: The Honorable**     GEORGE H. KING, CHIEF U. S. DISTRICT JUDGE

| Beatrice Herrera | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:         Attorneys Present for Defendants:

(NONE)                         (NONE)

**Proceedings:**     **(IN CHAMBERS) ORDER DISMISSING RESPA CLAIM AND REMANDING ACTION**

    On March 1, 2013, the parties stipulated to the dismissal, without prejudice, of the RESPA claim. Accordingly, the RESPA claim is hereby DISMISSED, without prejudice.

    Moreover, the RESPA claim is the sole basis of federal jurisdiction in this Action. In light of our dismissal of the RESPA claim, we now exercise our discretion to decline to entertain the remaining supplemental claims, and hereby **REMAND** the remaining claims to the state court from whence they were previously removed. 28 U.S.C. § 1367(c)(3).

    **IT IS SO ORDERED**.

-- : --

Initials of Preparer     Bea